UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK HOWARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2922** |
| **NEW ORLEANS CRIMINAL DISTRICT COURT, STATE OF LOUISIANA** | **SECTION "I"(4)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the consolidated petitions of Frederick Howard seeking an issuance of a writ of habeas corpurs under 28 U.S.C. § 2241 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this _____7th_____ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE